# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 150TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on June 22, 2016, the cause upon appeal to revise or reverse your judgment between

Richard Cecil Peterson and Alma Peterson, Appellant

V.

John Lawrence Jimenez, M.D., and Brian Phillip Perry, M.D., Appellee

No. 04-15-00417-CV and Tr. Ct. No. 2012-CI-08827

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED. It is ORDERED that appellees, John Lawrence Jimenez, M.D. and Brian Phillip Perry, M.D., recover their costs of this appeal from appellants, Richard Cecil Peterson and Alma Peterson.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 31, 2016.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00417-CV

**Richard Cecil Peterson and Alma Peterson**

**v.**

**John Lawrence Jimenez, M.D., and Brian Phillip Perry, M.D.**

(NO. 2012-CI-08827 IN 150TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | MINDY JOHNSON |
| MOTION FEE | $10.00 | E-PAID | LORIEN WHYTE |
| MOTION FEE | $10.00 | E-PAID | RICHARD J.W. NUNEZ |
| MOTION FEE | $10.00 | E-PAID | KATE WHITSELL |
| MOTION FEE | $10.00 | E-PAID | RICHARD NUNEZ |
| REPORTER'S RECORD | $105.00 | PAID | DEFENDANT |
| CLERK'S RECORD | $836.00 | PAID | RICHARD JW NUNEZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | RICHARD J.W. NUNEZ |
| INDIGENT | $25.00 | E-PAID | RICHARD J.W. NUNEZ |
| FILING | $100.00 | E-PAID | RICHARD J.W. NUNEZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | RICHARD J.W. NUNEZ |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 31, 2016.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853